## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN WOODRUFF ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00832 (RJL) |
| ) | |
| NATIONAL OPINION RESEARCH ) | |
| CENTER ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

Upon consideration of Defendant's Motion To Dismiss Plaintiff's Breach Of Contract Claim (Count III), any opposition thereto, and the entire record herein, it is on this _____ day of _____, 2006,

ORDERED, that the Motion is GRANTED, and it is further

ORDERED that Plaintiff's Breach Of Contract claim at Count III of his Complaint be and hereby is DISMISSED WITH PREJUDICE.

SO ORDERED.

_____
Richard J. Leon
United States District Court Judge

Copies to:

All counsel of record