## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN WOODRUFF ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00832 (RJL) |
| ) | |
| NATIONAL OPINION RESEARCH ) | |
| CENTER ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **CERTIFICATE UNDER LCvR 7.1**

We, the undersigned, counsel of record for Defendant National Opinion Research Center ("NORC"), certify that to the best of our knowledge and belief, the following are parent companies, subsidiaries or affiliates of NORC which have any outstanding securities in the hands of the public:  None.

These representations are made in order that judges of this Court may determine the need for recusal.

                Respectfully submitted,

                NATIONAL OPINION RESEARCH CENTER

                By:   /s/ David M. Burns
                    David M. Burns, Esq. # 466167
                    Noah A. Finkel, Esq. (*pro hac vice* application
                    to be filed)
                    SEYFARTH SHAW LLP
                    815 Connecticut Avenue, N.W., Suite 500
                    Washington, DC 20006-4004
                    (202) 463-2400
                    (202) 828-5393 (fax)

June 29, 2006                Attorneys for Defendant

DC1 30168980.1