AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

STEPHEN WOODRUFF

**SUMMONS IN A CIVIL CASE**

V.

NATIONAL OPINION RESEARCH CENTER

CASE NUMBER 1:06CV00832

JUDGE: Richard J. Leon

DECK TYPE: Contract

DATE STAMP: 05/05/2006

**JURY ACTION**

TO: (Name and address of Defendant)

NATIONAL OPINION RESEARCH CENTER
Serve:  Caren F. Skoulas
 1155 E 60th Street, RM 253
 Chicago, Illinois  60637

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

NICHOLAS HANTZES, HANTZES & REITER
1608 SPRING HILL ROAD, SUITE 420
VIENNA, VIRGINIA  22182

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                MAY - 5 2006
_____         _____
CLERK                                      DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 06-9-06  8:30 AM |
| NAME OF SERVER (PRINT) DON C. HAWORTH | TITLE Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 1155 E 60TH STREET
  national opinion Research  Chicago, IL 60637

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☒ Name of person with whom the summons and complaint were left: Richard Swedlund
  HR Manager

☐ Returned unexecuted:

☒ Other (specify) (1) Summons (2) Complaint (3) Plaintiff's
  First set of Interrogatories (4) Plaintiff's
  First Set of Document Requests

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  06 09 06        Don C H
         Date                Signature of Server

Address of Server  2223 W Lyndale R-1
  Chicago, IL 60647

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.