UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN WOODRUFF )<br>)<br>　　　　Plaintiff )<br>)<br>　v. )<br>)<br>NATIONAL OPINION RESEARCH )<br>CENTER )<br>)<br>　　　　Defendant. )<br>_____ ) | Case No. 1:06-CV-00832(RJL) |

### ORDER

Upon consideration of Defendant's Motion to Dismiss Plaintiff's Breach of Contract Claim (Count III), the opposition thereto, and the entire record herein, it is this _____ day of

_____, 2006,

ORDERED that the Motion is DENIED, it is further

ORDERED that Defendant shall file and answer Count III within 10 days of the date of this order.

SO ORDERED.

_____
Richard J. Leon
United States District Court Judge

Copies to:
All counsel of record