## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN WOODRUFF )<br>)<br>    Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL OPINION RESEARCH )<br>CENTER )<br>)<br>    Defendant. )<br>                                 ) | Case No. 1:06-CV-00832 (RJL) |

## MOTION FOR *PRO HAC VICE* ADMISSION OF NOAH A. FINKEL

Pursuant to Local Rule 83.2(c)(1), undersigned counsel, a member in good standing of the bar of this Court, hereby petitions for an order to admit Noah A. Finkel to appear *pro hac vice* in this proceeding as counsel for Defendant National Opinion Research Center. The undersigned will continue to sign all papers submitted on behalf of Defendant. The Declaration of Noah A. Finkel verifying information required by this Court's Local Rule 83.2(d) is attached.

Pursuant to Local Rule 7.1(m), the undersigned contacted opposing counsel, on July 19, 2006, and he does not oppose this motion.

                                            Respectfully submitted,

                                            NATIONAL OPINION RESEARCH CENTER

                                            By:      /s/ David M. Burns
                                                David M. Burns, Esq. # 466167
                                                SEYFARTH SHAW LLP
                                                815 Connecticut Avenue, N.W., Suite 500
                                                Washington, DC 20006-4004
                                                (202) 463-2400
                                                (202) 828-5393 (fax)

July 19, 2006                                     Attorneys for Defendant