UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN WOODRUFF )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL OPINION RESEARCH )<br>CENTER )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:06-CV-00832 (RJL) |

## DECLARATION OF NOAH A. FINKEL
## IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to D.C. LCvR Rule 83.2(d), I declare that the following facts are true, to the best of my knowledge, information and belief:

1. My full name is: Noah A. Finkel

2. My Office Address and Telephone Number:

    Seyfarth Shaw LLP
    55 East Monroe Street
    Suite 4200
    Chicago, IL 60603-5803
    (312) 346-8000
    nfinkel@seyfarth.com

3. I have been admitted to the bars of the courts contained in the attached list.

4. I have never been disciplined by any bar of which I am or have been a member.

5. I have not been admitted *pro hac vice* to the United States District Court for the District of Columbia in the last two years.

6. I do not engage in any practice of law from an office located in the District of Columbia.

DC1 30169371.1

Dated: July ___, 2006

_____
Noah A. Finkel, Esq.

DC1 30169371.1

| **COURT** | **DATE OF ADMISSION** |
|---|---|
| State of Illinois | 11/94 |
| U.S. District Court - Northern District of Illinois | 12/19/95 |
| U.S. Court of Appeals - Tenth Circuit | 12/29/95 |
| U.S. Court of Appeals - Seventh Circuit | 09/27/96 |
| U.S. Court of Appeals – Sixth Circuit | 02/02/04 |
| Trial Bar of U.S. District Court - Northern District of Illinois | 08/12/97 |
| U.S. District Court - Eastern District of Wisconsin | 08/29/97 |
| U.S. District Court - Central District of Illinois | 09/16/98 |
| U.S. District Court - Eastern District of Michigan | 09/02/99 |
| U.S. District Court - District of Colorado | 03/00 |
| U.S. District Court – Southern District of Illinos | 01/06 |

**ARDC No. 06224910**

CH1 10100953.1