# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN WOODRUFF ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00832 (RJL) |
| ) | |
| NATIONAL OPINION RESEARCH ) | |
| CENTER ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER

Upon consideration of the Motion for *Pro Hac Vice* Admission of Noah A. Finkel, it is hereby ORDERED, this _____ day of _____, 2006, that the aforementioned Motion is granted, and Noah A. Finkel is granted leave to appear *pro hac vice* as counsel for Defendant in this matter.

_____
Richard J. Leon
United States District Court Judge

Copies to:

Nicholas Hantzes, Esq.
nhantzes@hantzeslaw.com

David M. Burns, Esq.
dburns@seyfarth.com