**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STEPHEN WOODRUFF | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 1:06-CV-00832 (RJL) |
| | ) | |
| NATIONAL OPINION RESEARCH | ) | |
| CENTER | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## PLAINTIFF'S PROPOSED SCHEDULING ORDER

Upon consideration of the Joint Local Rule 16.3 Report, the Court hereby adopts the following schedule for this proceeding. The dates set forth herein will not be changed absent good cause shown.

| | |
|---|---|
| Initial Disclosures | Not required |
| Amendment of Pleadings | 15 calendar days after the Court rules on Defendant's pending Motion to Dismiss Count III |
| Plaintiff's Rule 26(a)(2) Expert Disclosures | September 15, 2006 |
| Defendant's Rule 26(a)(2) Expert Disclosures | October 16, 2006 |
| Rebuttal Rule 26(a)(2) Expert Disclosures | November 1, 2006 |
| Close of Fact Discovery | November 30, 2006 |
| Close of Expert Discovery | November 30, 2006 |
| Dispositive Motions | January 15, 2007 |
| Pretrial Conference | To be Set at the Initial Status Conference |
| Trial | To be Set at the Initial Status Conference |

SO ORDERED.

_____                    _____
Date                                     Richard J. Leon
                                         United States District Court Judge


Copies to:

Nicholas Hantzes
nhantzes@hantzeslaw.com

David M. Burns
dburns@seyfarth.com