UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEPHEN WOODRUFF | ) | |
|       Plaintiff | ) | |
| v. | ) | Case No. 1:06-CV-00832(RJL) |
| NATIONAL OPINION RESEARCH CENTER | ) | |
|       Defendant. | ) | |

## ORDER

Upon consideration of Plaintiff's Motion to Compel, the memorandum in support thereof, any opposition thereto, and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that the Motion is GRANTED, it is further

ORDERED that Defendant shall file full and complete answers, without objection, to interrogatories numbered 1,2, 3, 5,7,9, 11, 12, 13, 15, 16, 17 from Plaintiff's First Set of Interrogatories within seven days of this order and provide all documents responsive, without objection, to document requests numbered 1, 6 (as amended by Plaintiff), 10 and 11 from Plaintiff's First Set of Document Requests within seven days of this order.

ORDERED that Defendant shall pay Plaintiff's attorney's fees in connection with his Motion to Compel in the amount of _____ within seven days of this Order.

SO ORDERED.

_____
Richard J. Leon
United States District Court Judge

Copies to:
All counsel of record