# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN WOODRUFF )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL OPINION RESEARCH )<br>CENTER )<br>)<br>Defendant. ) | Case No. 1:06-CV-00832 (RJL) (DAR) |

## PRAECIPE REGARDING PLAINTIFF'S MOTION TO COMPEL

Plaintiff Stephen Woodruff and Defendant National Opinion Research Center have reached a resolution of pending and anticipated discovery disputes. As part of the resolution, Plaintiff is to withdraw his pending Motion to Compel. Plaintiff has not yet had an opportunity to file a notice of withdrawal of his Motion to Compel, but Defendant anticipates that Plaintiff will do so shortly. In light of the parties' resolution and the anticipated withdrawal, Defendant has refrained from filing an opposition to the Motion. Plaintiff's counsel has approved Defendant's filing a praecipe noting the anticipated withdrawal of the Motion (although Plaintiff's counsel has not reviewed the content of this praecipe).

Respectfully submitted,

NATIONAL OPINION RESEARCH CENTER

By:  /s/ David M. Burns
David M. Burns, Esq. # 466167
Noah A. Finkel, Esq. (*pro hac vice* application to be filed)
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (fax)

Dated: November 8, 2006       Attorneys for Defendant

DC1 30176140.1