UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN WOODRUFF )<br>)<br>  Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL OPINION RESEARCH )<br>CENTER )<br>)<br>  Defendant. )<br>_____ ) | Case No. 1:06-CV-00832(RJL) |

**PRAECIPE**

Plaintiff Stephen Woodruff and Defendant National Opinion Research Center have reached agreement regarding Plaintiff's Motion to Compel.  Pursuant to agreement of the parties, Plaintiff's Motion To Compel is withdrawn with prejudice with the exception of the following discovery requests for which the motion is withdrawn without prejudice to re-filing pending Defendant's production of documents and Plaintiff's completion of depositions of witnesses Defendant has made available pursuant to Plaintiff's Rule 30(b)(6) notice of deposition in accordance with the parties' agreement:  Interrogatories 1, 3, 5, 7, 12, 15 and Document request 1, 6 and 11.

Respectfully submitted,
STEPHEN WOODRUFF

By:   /s/Nicholas Hantzes
       Nicholas Hantzes # 361450
       HANTZES & REITER
       1608 Spring Hill Road
       Suite 420
       Vienna, Virginia 22182
       (703) 378-5000
       (571) 633-0203