# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN WOODRUFF ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00832 (RJL) |
| ) | |
| NATIONAL OPINION RESEARCH ) | |
| CENTER ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ANSWER TO COUNT III

Defendant National Opinion Research Center ("NORC" or "Defendant"), through its undersigned counsel, hereby answers Count III (Breach of Contract) of Plaintiff Stephen Woodruff's ("Plaintiff") Complaint (hereinafter "Complaint").[1]  This Answer To Count III is in addition to, is in supplement to, and incorporates by reference Defendant's initial Answer filed on June 29, 2006.

## COUNT III
### (Breach of Contract)

34.  Answering Paragraph 34 of the Complaint, Defendant incorporates by reference its responses to the allegations contained in Paragraphs 1 through 33 of the Complaint.

35.  Answering Paragraph 35 of the Complaint, Defendant admits that Plaintiff purports to plead this count in the alternative to Count I and II.

36.  Answering Paragraph 36 of the Complaint, Defendant admits that it offered Plaintiff a salary of $108,000 annually.  Defendant denies the remaining allegations of Paragraph 36.  Except as expressly admitted, Defendant denies the allegations of Paragraph 36.

---

[1]  Defendant previously filed a Motion to Dismiss Count III (Breach of Contract) under Rule 12(b)(6).  On December 8, 2006, the Court issued a Minute Order denying the motion.

37. Defendant denies the allegations of Paragraph 37 of the Complaint.

38. Defendant denies the allegations of Paragraph 38 of the Complaint.

39. Defendant denies the allegations of Paragraph 39 of the Complaint.

Respectfully submitted,

NATIONAL OPINION RESEARCH CENTER


By: /s/ David M. Burns
David M. Burns, Esq. # 466167
Noah A. Finkel, Esq. (admitted *pro hac vice*)
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (fax)

December 13, 2006         Attorneys for Defendant