Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN WOODRUFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs | ) No. 1:06-CV-00832(RJL) |
| | ) |
| NATIONAL OPINION RESEARCH CENTER, | ) |
| | ) |
| Defendant. | ) |

The discovery deposition of RACHEL HARTER, called by the Plaintiff, for examination, pursuant to notice, taken before GEANNA M. IAQUINTA, CSR, at Suite 2400, 131 South Dearborn Street, Chicago, Illinois, on the 17th day of November, A.D., 2006, scheduled to commence at 12:30 p.m., commencing at 12:31 p.m.

1      we'll just say number two overlaps
2      a bit.
3           MR. HANTZES:  I'm just going
4      to ask some background then.
5           MR. BURNS:  Okay.
6  BY MR. HANTZES:
7      Q.   Are you employed?
8      A.   Yes.
9      Q.   Where are you employed?
10     A.   NORC.
11     Q.   In what capacity?
12     A.   I am the head of the statistics and
13  methodology department.
14     Q.   How long have you been at NORC?
15     A.   Eleven years.
16     Q.   And what was your position when you
17  started there?
18     A.   Senior statistician.
19     Q.   And that's what you are now?
20     A.   No.  I'm a vice-president now.
21     Q.   Okay.  You're a vice-president
22  now.
23           And where did you go to
24  college?

1  wasn't out yet.  As I said, it was more
2  background material.  The other matters were
3  higher priority at the time.
4      Q.   Okay.  So when you interviewed
5  Steve, what projects did you have in mind that
6  he would work on?
7      A.   I was thinking of the RECS project
8  in terms of him.  I'm thinking that he could --
9  that he could be the lead statistician on that
10 project.
11     Q.   Okay.  Why -- you had interviewed
12 him before.  When is the first time you
13 interviewed him?
14     A.   In 2002.
15          MR. BURNS:  Are we
16     questioning here as an individual,
17     Nick?
18          MR. HANTZES:  No.
19          MR. BURNS:  I mean, these
20     don't fall within the topics.
21          MR. HANTZES:  Yes, because
22     they're about the contracts and
23     projects that he worked on.
24     They're related to that.  Yes, they

1  mind for Steve after he cut back to half time?
2          A.   Well, I wasn't sure.  Oftentimes, I
3  don't have a lot of lead time on some of the
4  projects that we need to support.  So I often
5  don't know what people are going to be working
6  on a few months out.
7          Q.   Well, why did you perceive a need
8  for him -- for his skills if the only thing you
9  had lined up for him was something to work for
10 two months?
11         A.   No.  It was far more hours than
12 that overall.  It was a longer project.  It was
13 full time for a couple of months and then half
14 time beyond that.
15         Q.   Right.  So at the time that you
16 hired Steve Woodruff, you only had in mind a
17 project in which he would work full time for
18 two months.
19              Is that a correct statement of
20 your testimony?
21         A.   Sounds right.
22         Q.   All right.  Then why did you hire
23 him?
24         A.   Because we need to support all the

1  projects that we get requests for, and many of
2  my other staff were being absorbed into the NIS
3  project, and I didn't have people to support
4  the other projects.
5      Q.   So you don't have to have -- when
6  you hire someone, when you decide to hire
7  someone, you don't have to have any specific
8  contract lined up for that person for an
9  extended duration?
10     A.   That's correct.
11     Q.   Okay.  What's the proposal for the
12 airline?  How long did -- how much time did he
13 spend working on that?
14     A.   Probably about a month and a half
15 part-time.  It was actually a request for
16 information, not a request for proposal.
17     Q.   And who supervised him on that?
18     A.   He worked with Carol Emmons.
19     Q.   And describe -- describe --
20 characterize Steve's performance on that
21 project.
22     A.   He and Carol worked pretty closely
23 on the proposal.  It was not a large one, but I
24 felt that it was reasonable.

1      A.    I couldn't say.

2      Q.    What's that one month mean?  Does
3  that refresh your recollection as to the
4  content of the conversation in 2004?

5            Well, this says the date of
6  screen is 8-11-04.  I thought you said -- is
7  that what --

8      A.    We interviewed him at the joint
9  statistical meetings in August.

10     Q.    Oh, that was August?

11     A.    Yes.

12     Q.    Okay.

13     A.    After we won the NIS and needed to
14 start ramping up, then we went back to
15 candidates we had interviewed at JSM to see
16 which ones we wanted to follow up, and this is
17 what we had on the file was what we had from
18 August.

19     Q.    Okay.

20     A.    You asked about the one month.  Are
21 you asking me to speculate?

22     Q.    No, you can't speculate because
23 it's not admissible, but you can make a -- you
24 can make a good faith judgment based on the

1  Many of our existing staff were being put --
2  were being assigned onto the NIS project, and
3  that left needs on other projects.
4      Q.   And do you think that's something
5  you would have told Mr. Woodruff -- you would
6  have told Mr. Woodruff?
7      A.   I might have discussed with him the
8  possibility of working on the RECS project.
9      Q.   And was that -- do you think you
10 might have also discussed with him the fact
11 that there was a need now because people were
12 going to have to be moved from the -- from
13 other projects to the NIS project and he would
14 be working on other projects?
15     A.   You're asking me if that's possible
16 I said that?
17     Q.   Well, yes.
18     A.   It's possible.
19     Q.   Was it probable in the light of the
20 fact that the NIS was the whole reason for the
21 purported need now?
22     A.   Maybe not in so many words.  It was
23 more a matter of having needs on various other
24 projects.

```
1    STATE OF ILLINOIS   )
                         ) SS.
2    COUNTY OF C O O K   )

3

4         I, GEANNA M. IAQUINTA, do hereby

5    certify that heretofore, to-wit, on the 17th

6    day of November, A.D., 2006, personally

7    appeared before me at Suite 2400, 131 South

8    Dearborn Street, in the City of Chicago, County

9    of Cook and State of Illinois, RACHEL HARTER, a

10   witness, called by the Plaintiff in a certain

11   cause now pending and undetermined in the

12   United States District Court for the District

13   of Columbia, wherein STEPHEN WOODRUFF is the

14   plaintiff and NATIONAL OPINION RESEARCH CENTER

15   is the defendant.

16        I further certify that the said

17   witness, KIRK WOLTER, was by me first duly

18   sworn to testify the truth, the whole truth and

19   nothing but the truth in the cause aforesaid;

20   that the testimony then given by her was by me

21   reduced to writing by means of shorthand in the

22   presence of said witness and afterwards

23   transcribed upon a computer, and the foregoing

24   is a true and correct transcript of the
```

1  testimony so given by her as aforesaid.

2      I further certify that the reading and
3  signing of said deposition was reserved by the
4  witness.

5      I further certify that the taking of
6  the deposition was pursuant to notice, and that
7  there were present at the taking of the
8  deposition the aforementioned parties.

9      I further certify that I am not
10 counsel for nor in any way related to any of
11 the parties to this suit, nor am I in any way
12 interested in the outcome thereof.

13     In testimony whereof I have hereunto
14 set my hand and affixed my notarial seal this
15 25th day of November, A.D., 2006.

17     *Geanna M. Iaquinta* (signature)
       Geanna M. Iaquinta, CSR
18     Illinois License No. 084-004096

```
 1              UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF COLUMBIA
 2
     STEPHEN WOODRUFF,            )
 3                                )
              Plaintiff,          )
 4                                )
         vs                       ) No. 1:06-CV-00832(RJL)
 5                                )
     NATIONAL OPINION RESEARCH    )
 6   CENTER,                      )
                                  )
 7            Defendant.          )

 8          I hereby certify that I have read the
     foregoing transcript of my deposition given on
 9   November 17th, 2006, at the time and place
     aforesaid, consisting of Pages 1 through 115
10   inclusive and I do again subscribe and make
     oath that the same is a true, correct, and
11   complete transcript of my deposition so given
     as aforesaid.
12

13                    Please check one:

14              _X_  I have submitted errata sheet(s)
                ___  No corrections were noted
15

16                   _____
                           RACHEL HARTER
17

18
     SUBSCRIBED AND SWORN TO
19   before me this 21 day
     of December, A.D., 2006.         OFFICIAL SEAL
20                                    MARILYN M FORD
                                      NOTARY PUBLIC - STATE OF ILLINOIS
21   _____          MY COMMISSION EXPIRES:04/13/09
        Notary Public
22

23

24
```