


NORC is committed to providing equal employment opportunities to qualified individuals regardless of their race, creed, religion, color, national origin, gender, age, sexual orientation, marital status, source of income, disabled or Vietnam veteran status, physical or mental disability or any other factor that would comprise an unlawful basis for employment decisions under applicable Federal, state and local employment laws.

## PERSONAL INFORMATION

Please Print or Write Clearly in Black Ink (Incomplete Application forms may not be considered)

| First Name | Middle Name | Last Name | Social Security Number |
|---|---|---|---|
| STEPHEN | MARK | WOODRUFF | REDACTED |

| Home Phone Number | Cellular Phone Number/Pager Number | Email Address |
|---|---|---|
| 703 684 6009 | | SWOODRUF@EMAIL.USPS.GOV |

Mailing Address:
- Street Address: 800 WESTVIEW TERRACE
- Apartment #:
- City: ALEXANDRIA
- State: VA
- Zip: 22301
- County: USA

Residence Address (if different than Mailing Address): (blank)

| | | |
|---|---|---|
| Have you previously worked for NORC? | ☐ Yes ☒ No | If Yes, please provide dates of employment: From: until |
| Have you previously applied for a position with NORC? | ☐ Yes ☒ No | If Yes, please state the date of application and position for which you applied: Position: Date: |
| Are you related to anyone working for NORC? | ☐ Yes ☒ No | If Yes, please provide name and relationship: Name: Relationship: |

| Name of Position for which you are applying: | Date Available: JAN 2005 | ☒ Full-Time (40 hours per week) ☐ Part-time (less than 40 hours per week) ☐ Intermittent (varies) |
|---|---|---|

Please specify days and times available: ☐ Sun  ☒ Mon  ☒ Tue  ☒ Wed  ☒ Thu  ☒ Fri  ☐ Sat

How did you first hear about this position?
- ☐ Referred by NORC employee, specify ____
- ☐ State Employment Agency
- ☐ Print advertising, specify ____
- ☐ Internet, specify ____
- ☒ Other, specify PARTHA LAHIRI/BOB WARSECK

All newly-hired employees must furnish proof of identity and employment eligibility within 3 days of their hire date. Failure to furnish proof will result in termination of employment.

Will you be able to furnish that proof? ☒ Yes  ☐ No

EXHIBIT #2
Woodruff
11/28/06 LM

Page 1 of 4

NORC Employment Application.doc
Revised 01/12/04

DEF-033

# EDUCATION

| Name and Location | # of Years Completed | Did you graduate? | Course or Major | Degree |
|---|---|---|---|---|
| High School (or Equivalent) MAGEE SECONDARY VANCOUVER CANADA | 4 | ☒ Yes ☐ No | MATH HISTORY FRENCH LA SCIENCE ENGLISH | |
| College UNIV OF B.C. VANCOUVER CANADA | 4 | ☒ Yes ☐ No | MATH/ STATISTICS | B.S. |
| Postgraduate UNIV OF COLORADO BOULDER COLORADO | 3 | ☒ Yes ☐ No | MATH/ STATISTICS | MS |
| Business Trade | | ☐ Yes ☐ No | | |
| Other | | ☐ Yes ☐ No | | |

## Other Education/Training

Please describe any other professional degrees, certifications, diplomas, licenses or special training relevant to the position for which you are applying: GEORGE WASHINGTON UNIV, WASH DC.   -SAMPLING TH.  6
-MULTIVARIATE  6
-DISTRIBUTION TH.  6
-TOPICS IN STATISTICS  3

Please list languages (other than English) that you are fluent in speaking, reading and comprehending:
GERMAN

| Office Skills | Beginner | Intermediate | Advanced |
|---|---|---|---|
| Typing | ☒ | ☐ | ☐ |
| Fax Machine | ☐ | ☒ | ☐ |
| Photocopier | ☐ | ☒ | ☐ |
| MS Outlook | ☐ | ☒ | ☐ |
| MS Word | ☐ | ☐ | ☐ |
| MS PowerPoint | ☐ | ☐ | ☒ |
| MS Excel | ☐ | ☒ | ☐ |
| MS Access | ☐ | ☒ | ☐ |
| SPSS | ☐ | ☐ | ☐ |
| SAS | ☐ | ☒ | ☐ |
| Other: S PLUS | ☐ | ☒ | ☐ |
| Other: | ☐ | ☒ | ☐ |

Please describe any experience in supervising employees or conducting training: TEACHING ASSISTANT/ASSOCIATE @ UNIV OF COLORADO (3 YEARS) OFFICE HEAD - DIVISION COMPTROLERS OFFICE, ARMY, STUTTGART GERMANY (3 YRS) IN CHARGE OF INBOUND PROCESSING, USPS, 4 YEARS

For all previous employers in the fields of social science research or market research, please list the company name, position held and dates of employment:

For all experience involving the development of a survey questionnaire or related materials, please describe the project along with your involvement and level of participation:

For all experience involving the administration of a survey questionnaire or related materials, please describe the project along with your involvement and level of participation:

Please describe any Computer-Assisted Personal Interviewing (CAPI) and Computer-Assisted Telephone Interviewing (CATI) experience:

## EMPLOYMENT HISTORY: This section must be completed even if resume is submitted.

Please List Your Last Three Employers Starting With Most Recent

| Employer | Title |
|---|---|
| U.S. POSTAL SERVICE | MATHEMATICAL STATISTICIAN |

| Address | From (Date) | Starting pay rate | Ending pay rate | |
|---|---|---|---|---|
| 475 L'ENFANT PLAZA S.W. RM 1830 WASHINGTON DC 20260 | DEC 1997 | 80 K/YR | 100 K/YR | |
| | To (Date) PRESENT | Supervisor ROSS BAILEY | Phone Number 202 268 3467 | Ext. |
| | | Supervisor E-mail RBAILEY@EMAIL.USPS.GOV | | |

| Reason for leaving | May we contact this employer? If not, please explain: |
|---|---|
| | ☒ Yes ☐ No |

Summarize your duties   ☒ Please see resume for duties

| Employer | Title |
|---|---|
| U.S. BUREAU OF LABOR STATISTICS | MATHEMATICAL STATISTICIAN |

| Address | From (Date) | Starting pay rate | Ending pay rate | |
|---|---|---|---|---|
| 2 MASSACHUSETTS AVE NE WASHINGTON DC 20215 | JULY 1976 | 14 K/YEAR | 65 K/YR | |
| | To (Date) DEC 1997 | Supervisor GEORGE STAMAS | Phone Number 202 691 6350 | Ext. |
| | | Supervisor E-mail STAMAS_G@BLS.GOV | | |

| Reason for leaving | May we contact this employer? If not, please explain: |
|---|---|
| MOVE TO MORE CHALLENGING POSITION | ☒ Yes ☐ No |

Summarize your duties   ☒ Please see resume for duties

| Employer | Title |
|---|---|
| UNIVERSITY OF COLORADO | TEACHING ASSOCIATE |

| Address | From (Date) | Starting pay rate | Ending pay rate | |
|---|---|---|---|---|
| BOULDER COLORADO | SEP 1973 | 5 K/YR | 8 K/YR | |
| | To (Date) JUN 1976 | Supervisor JOHN WILLIAMSON | Phone Number | Ext. |
| | | Supervisor E-mail | | |

| Reason for leaving | May we contact this employer? If not, please explain: |
|---|---|
| PERMANENT FULL TIME EMPLOYMENT | ☒ Yes ☐ No |

Summarize your duties   ☐ Please see resume for duties
TEACH CALCULUS

## PROFESSIONAL REFERENCES

Please list persons whom we may contact regarding your qualifications for the position to which you have applied. This may include present or former supervisors, peers, teachers, counselors, faculty members. Do not include family members.

| Name | Organization | Position Title | Years known |
|---|---|---|---|
| PARTHA LAHIRI | UNIVERSITY OF MARYLAND | PROFESSOR / STAT | 6 |
| **Address** | **Phone number** | **Ext** | **E-mail** |
| 1218 LEFRAK HALL COLLEGE PARK MD 20742 | 301-314 5903 | | PLAHIRI@SURVEY.UMD.EDU |

| Name | Organization | Position Title | Years known |
|---|---|---|---|
| GEORGE STAMAS | BLS | MATH STATISTICIAN | 12 |
| **Address** | **Phone number** | **Ext** | **E-mail** |
| 2 MASSACHUSETTS AVE NE WASHINGTON DC 20215 | 202 691 6350 | | STAMAS_G@BLS.GOV |

| Name | Organization | Position Title | Years known |
|---|---|---|---|
| ALAN DORFMAN | BLS | MATH STATISTICIAN | 12 |
| **Address** | **Phone number** | **Ext** | **E-mail** |
| 2 MASSACHUSETTS AVENUE WASHINGTON DC 20215 | 202 691 7378 | | DORFMAN_A@BLS.GOV |

**Have you ever been convicted of a felony?** ☐ Yes ☒ No    If Yes, please provide date and explanation:

*I certify that all information provided herein is true and complete to the best of my knowledge. I understand that any willful omission, falsification or misrepresentation may constitute grounds for discharge.*

*I authorize NORC and its agents to make any investigations, background checks and inquiries of my education, employment history and other related matters needed in arriving at an employment decision. I hereby release employers, schools or persons from all liability in responding to inquiries in connection with my application.*

*I understand that employment with NORC is contingent upon satisfactory Background Investigation results and that obtaining results of Background Investigations may delay the start of employment with NORC. I understand that employment is "at-will" and either party may terminate the employment at any time.*

Applicant Signature _Steph M Woodruff_    Date _13 AUG 2004_

*Please Do Not Write Below*

**Recruiters Notes**