01/11/2005 12:49 IFAX co_204_7301@norc.org → HR @005/006
01/11/2005 14:41   2022687771         FINANCE STAT PRDGS      PAGE 05/06

# NORC

*A national organization for research*
*at the University of Chicago*

January 10, 2005

Stephen Woodruff
800 Westview Terrace
Alexandria, VA 22301

Dear Stephen:

This letter is to confirm the verbal offer extended to you for the position of Senior Statistician II, reporting to Rachel Harter, at our Washington office, located at 1350 Connecticut Avenue, NW, Washington DC 20036. This is a regular, full-time position which will begin on or about February 28, 2005. Please be aware this offer is contingent upon a satisfactory reference and background check, which all NORC employees undergo.

Your salary will be $108,000 annually, earned and paid at the biweekly rate of $4,153.85. You will be eligible for a salary review in December of 2005. Approved salary increases become effective in January. Your position is classified as Exempt with respect to the Fair Labor Standards Act. This means that you are not eligible for overtime pay for hours worked in excess of 40 in each week.

As a regular full-time employee, you are eligible for paid time off (PTO), which allows you time away from work for such activities as vacation, personal business, family responsibilities, and illness. You will accrue PTO at a rate of .10 hours for each hour of paid service (the annual equivalent of 26 days per year for a full time employee).

In addition, you are eligible to participate in NORC's employee benefits package, which will be explained to you during your orientation, to be scheduled soon. For your immediate reference, a summary of NORC's current benefits is enclosed. On your first day of work, it will be necessary for you to bring several documents, identified on the enclosed sheet.

While it is anticipated that your employment relationship with NORC will be productive and mutually beneficial, it is important for you to understand that all NORC employees are "at-will", which means that you or NORC may, for any reason or no reason, discontinue the employment relationship at any time.



DEF-027

Case 1:06-cv-00832-RJL   Document 19-6   Filed 01/16/2007   Page 2 of 2
01/11/2005 12:49 IFAX co_204_7301@norc.org → HR 006/006
01/11/2005 14:41 2022687771   FINANCE STAT PROCS   PAGE 06/06

To formally accept this offer of employment, please sign below and return it to me by fax or regular mail at your earliest convenience. Please call me directly if you have any questions about our offer.

I look forward to working with you.

Sincerely,

*[signature]*

Andrey M. Pryjma
Director, Human Resources
Phone: 773-256-6258
Fax: 773-256-6065

Enclosures


I understand and accept the terms of this offer of employment. I understand that this offer provides no guarantee of continued employment or a specific compensation level, nor does it constitute an employment contract, either expressed or implied.

*[signature]*                                              11 JAN 2005
Signature of Stephen Woodruff                              Date