

**APPLICATION FOR IMMEDIATE RETIREMENT**
**CIVIL SERVICE RETIREMENT SYSTEM**

CORPORATE PERSONNEL MANAGEMENT
2005 JAN 13 PM 1: 10

See Privacy Act Information on Instruction Sheet

### Section A - Identifying Information

**1. Name** (Last, first, middle): WOODRUFF STEPHEN MARK

**2. List all other names you have used:**

**3. Address** (Number, street, city, State, ZIP Code): 800 WESTVIEW TERRACE ALEXANDRIA VA 22301

**4. Telephone number** (incl. area code): 703-684-6009

**5. Date of birth** (Month, day, year): REDACTED

**6. Social Security Number:** REDACTED

**7. Are you a citizen of the United States of America?** ☒ Yes ☐ No

**7a. Of what country are you a citizen?**

**8. Is this an application for disability retirement?** ☐ Yes ☒ No (Ask your employing office about other documents you must submit)

### Section B - Federal Service

**1. Department or agency from which you are retiring** (including Bureau or Division, address and ZIP Code):
STATISTICAL PROGRAMS
H.Q. FINANCE
UNITED STATES POSTAL SERVICE
475 L'ENFANT PLAZA SW WASH DC 20260

**2. Date of final separation** (Month, day, year): FEB 23 2005

**3. Title of position from which you are retiring:** MATHEMATICAL STATISTICIAN

**4. Have you performed active honorable service in the Armed Forces or other uniformed services of the United States** (see instructions for definitions)? ☒ Yes → (Complete Schedule A and attach to this form.) ☐ No

**5. Are you receiving or have you applied for military retired pay, including disability pay and/or pension or compensation from the Department of Veterans Affairs (formerly the Veterans Administration) in lieu of military retired pay?** Note: If you later become entitled to military retired pay, you must notify OPM. ☐ Yes → (Complete Schedule B and attach to this form.) ☒ No

### Section C - Marital Information

**1. Are you married now?** (A marriage exists until ended by death, divorce, or annulment.) ☒ Yes → (Also complete items 1a - 1f below) ☐ No

**1a. Spouse's name** (last, first, middle): WOODRUFF IRENA ANANJANA

**1b. Spouse's date of birth** (Month, day, year): REDACTED

**1c. Spouse's Social Security No.:** REDACTED

**1d. Place of marriage** (city, state): ALEXANDRIA VA

**1e. Date of marriage** (Month, day, year): JUL 13 2002

**1f. Marriage performed by:** ☒ Clergyman or Justice of the Peace ☐ Other (explain):

**2. Do you have a living former spouse(s) from whom you were divorced on or after May 7, 1985, and to whom a court order gives a survivor annuity?** ☐ Yes (Attach a certified copy of the court order(s) and any amendments.) ☒ No

### Section D - Annuity Election

Make your election by initialing the box beside the type of annuity you want to receive and give any other information requested. Read the information pages of the instructions and the explanations below and consider your election carefully. No change will be permitted after your annuity is granted except as explained in the instructions. If you are married at retirement, the law provides an annuity with full survivor benefits for your spouse unless your spouse consents to your election not to provide maximum survivor benefits. You must attach SF 2801-2 to this form if you elect less than the maximum survivor annuity for your spouse.

**1a.** INITIALS: *MW* — **I CHOOSE A REDUCED ANNUITY WITH MAXIMUM SURVIVOR ANNUITY FOR MY SPOUSE (EQUAL TO 55% OF MY BASIC ANNUITY.)** If you are married at retirement, you will automatically receive this type of annuity unless your spouse consents to your election not to provide maximum survivor benefits.

-OR-

**1b.** INITIALS: ___ — **I CHOOSE A REDUCED ANNUITY WITH A PARTIAL SURVIVOR ANNUITY FOR MY SPOUSE EQUAL TO 55% OF $ _____ A YEAR.*** If you choose this option, you must attach SF 2801-2 showing your spouse's consent.

*The amount you select must be less than your yearly annuity.

**2.** INITIALS: ___ — **I CHOOSE AN ANNUITY PAYABLE ONLY DURING MY LIFETIME.** (If you are married and elect this, attach SF 2801-2 showing your spouse's consent.) If you are married at retirement, you cannot choose this type of annuity without your spouse's consent. No survivor annuity will be paid to your spouse after your death if he or she consents to this election.

**3.** INITIALS: ___ — **I CHOOSE A REDUCED ANNUITY TO PROVIDE A FORMER SPOUSE OR COMBINATION CURRENT/FORMER SPOUSE SURVIVOR ANNUITY.** The attached SF 2801-3 gives my election. If you are married and elect this option, you must also attach SF 2801-2 showing your spouse's consent.

**4.** INITIALS: ___ — **I CHOOSE A REDUCED ANNUITY WITH SURVIVOR ANNUITY FOR THE PERSON NAMED BELOW WHO HAS AN INSURABLE INTEREST IN ME.** You must be healthy and willing to provide medical evidence if your choose this type of annuity. (Disability annuitants are not eligible to choose this type of annuity.) If you are married and name your spouse, you must attach SF 2801-2 showing your spouse's consent. (See the information page in the instructions.)

| Name of person with insurable interest | Relationship to you | Date of birth | Social Security Number |
|---|---|---|---|
| | | | |

SF 2801 - Schedules A, B and C

| 1. Name (Last, first, middle) | 2. Date of birth (Month, day, year) | 3. Social Security Number |
|---|---|---|
| WOODRUFF STEPHEN MARK | REDACTED | REDACTED |

### Schedule A - Military Service Information

1. If you have performed active honorable service in the Armed Forces, or other uniformed services shown below, complete 1a - 1f below and attach a copy of your discharge certificate or other certificate of active military service (if available). See instructions for definitions of Armed Services and Uniformed services.

| a. Branch or Service | b. Serial Number | c. Dates of Active Duty From (Mo.,dy.,yr.) | c. Dates of Active Duty To (Mo.,dy.,yr.) | d. Last Grade or Rank | e. Organization at Discharge (Div.,Co.,etc.) |
|---|---|---|---|---|---|
| UNITED STATES ARMY | 523 80 1567 | APR 17 1970 | JUL 16 1973 | CAPTAIN | CO B 141 SIG BN 1ST ARMD DIV, 7TH ARMY |
| UNITED STATES ARMY | 523 80 1567 | MAY 21 1969 | APR 17 1970 | E-5 | OCS FT BENNING GA |
|  |  |  |  |  |  |

f. If any of your military service occurred on or after January 1, 1957, have you paid a deposit to your agency for this service? (You must pay this deposit to your agency before separation. You cannot pay OPM after you retire.) See Section B of the instructions for the effect on your annuity if the deposit is not paid.
☐ Yes  ☒ No  ☐ Not Applicable

### Schedule B - Military Retired Pay

1. If you are receiving or have applied for military retired or retainer pay (including disability retired pay), complete parts 1a - 1e below.

a. Are you receiving or have you ever applied for military retired pay or retainer pay? ☐ Yes ☐ No

b. Have you waived all or part of your military retired or retainer pay in order to receive pension or compensation from the Department of Veterans Affairs? ☐ Yes ☐ No

c. Was your military retired or retainer pay awarded for reserve service under Chapter 67, title 10? (If "yes", attach a copy of the notice of award, if available.) ☐ Yes ☐ No

d. Was your military retired or retainer pay awarded for a disability incurred in combat or caused by an instrumentality of war? (If "yes", attach a copy of the notice of award, if available.) ☐ Yes ☐ No

e. Are you waiving your military retired or retainer pay in order to receive credit for military service for Civil Service retirement benefits? (If "yes", attach a copy of your request for waiver and a copy of the military finance officer's acknowledgement or approval of your request for waiver, if available.) ☐ Yes ☐ No

### Schedule C - Federal Employees Compensation Information

1. Are you receiving or have you ever received worker's compensation from the Office of Workers' Compensation Programs (OWCP), Department of Labor, because of a job-related illness or injury?
☐ Yes → (Complete parts 1a - 1c below)
☐ No → (Go to question 2)

| a. Compensation Claim Number | b. Benefits Received From (Mo.,day,yr.) | b. Benefits Received To (Mo.,day,yr.) | c. Type of Benefit |
|---|---|---|---|
|  |  |  | Scheduled Award / Total or partial disability compensation |
|  |  |  | Scheduled Award / Total or partial disability compensation |

2. If you have applied for workers' compensation (other than as listed in 1a above) but are NOT receiving benefits, check reason and give the information requested.
a. Awaiting OWCP decision
b. Claim denied

| Compensation Claim Number | Compensation Claim Number | Date Claim Denied |
|---|---|---|
|  |  |  |

3. Except for periods of scheduled compensation awards, workers' compensation and Civil Service retirement benefits **cannot** be paid for the same period of time. Please review and complete the information below regarding your claim. **This section must be completed.**

a. Do you agree to notify OPM promptly if the status of your workers' compensation claim changes? ☐ Yes ☐ No

b. By my signature below, I certify that I understand that I may not legally receive both retirement annuity and Compensation (except for a scheduled award) for the same period of time and that any overpayment of Compensation or annuity is subject to collection by OPM or OWCP.

### Applicant's Certification

I certify that all statements made on these schedules are true to the best of my knowledge and belief.

Signature (Do not print): /s/ Stephen M Woodruff

Date: 12 JAN 2005