UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN WOODRUFF )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL OPINION RESEARCH )<br>CENTER )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:06-CV-00832 (RJL) |

## ORDER

Upon consideration of Defendant's Motion For Summary Judgment, the memorandum of points and authorities in support thereof, any opposition and reply thereto, and the entire record, and for good cause shown, it is by this Court on this _____ day of _____, 2007,

ORDERED, that Defendant's Motion is GRANTED and judgment is entered in favor of Defendant on each of Plaintiff's claims.

SO ORDERED.

_____
Richard J. Leon
United States District Court Judge

Copies to:

All counsel of record

DC1 30186957.1