# Schedule

## Steve Woodruff

## Friday, December 10, 2004

10:30 -11:00    Yvonne Johnson, HR

*4206* 11:00 -12:00    Kirk Wolter, Director, Center for Excellence in Survey
Research (CESR), Room (4807)  *Northside*

12:00 - 1:00    LUNCH (Big Downtown): Hee-Choon Shin, Sr. Survey
Statistician, II

1:15 - 2:00    Krishna Winfrey, Senior Survey Director, Room 4815

*4058* ──2:00 – 2:30    Rachel Harter, Vice President and Administrative Director,
Room 4812

2:30 - 3:00    Steven Pedlow, Sr. Survey Statistician, I and Rebecca
Wang, Survey Statistician

3:00 -3:30    Hiro Minato, Survey Statistician, II, Room 4815



EXHIBIT# 3
Woodruff
11/28/06 SM
PENGAD 800-631-6989

DEF-047

**From:** Johnson-Yvonne(HR)

**S   t:** Wednesday, January 05, 2005 5:32 PM

**    .** HARTER-RACHEL

**Cc:** PRYJMA-ANDREY

**Subject:** Stephen Woodruff

Rachel,

extended the verbal offer to Mr. Woodruff and he gave me a tentative acceptance and, as you and I discussed, a start of 2/28. He said he will call or email me with questions tomorrow. I will keep you posted.

Thanks,

Yvonne D. Johnson, PHR
Recruiter
NORC
155 E. 60th Street
Chicago, IL 60637
773-256-6255



EXHIBIT # 6
Woodruff
11 28 06 SLM
PENGAD 800-631-6889

DEF-062

r   n:    Johnson-Yvonne(HR) [IMCEAEX-
          _O=NORC_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=Y-JOHNSON@norc.org]

**Sent:**    Thursday, January 06, 2005 11:28 AM

**To:**    Woodruff, Stephen M - Washington, DC

**Cc:**    HARTER-RACHEL

**Subject:** 2005 Health/Dental Benefit Rates

3ood Morning Stephen,

have attached our 2005 Health / Dental rate document for your review.  Please call me when you have had a chance to review
his to discuss further.

hank you,

'vonne D. Johnson, PHR
Recruiter
IORC
155 E. 60th Street
;hicago, IL  60637
'73-256-6255


          -----Original Message-----
          **From:** Woodruff, Stephen M - Washington, DC [mailto:stephen.m.woodruff@usps.gov]
          **Sent:** Thursday, January 06, 2005 7:30 AM
          **To:** Johnson-Yvonne(HR)
          **Subject:**


          Yvonne:

          Thanks again for your prompt action and the offer of employment.  As I told Rachel, I consider it an honor to be considered
          a candidate to work for NORC and much more so to be selected.

          I had a look at the benefits summary given me by Cindy last month.  It is clear in most regards but I will need a few more
          details about the Group Health and Dental Insurance.  I believe that it may be best for me to take my current Blue Cross &
          Blue Shield plan with me when I leave the government as I and my wife are covered under this plan for the remainder of
          our lives.  I will look into the details of this plan but I think that one of the provisions of this plan is that I must maintain it
          continuously when I leave.  That is, I could not use NORC's plan while working for NORC and then on retirement come
          back into the government plan.  I'm not sure of this and I will be looking into this further.

          If I keep my current plan,  then that will likely save NORC some money.  I don't know what NORC contributes to their
          employee's health insurance but currently the gov't contributes about $8000 per year (pre tax) to mine and of course this
          will be going up over time.  What is  NORC's contribution and what are the monthly premiums your employees pay?  If I
          decide to keep my current plan, can we add some portion of NORC's savings to base pay?


          Thanks
          Steve

DEF-063

**From:** Johnson-Yvonne(HR)

**S nt:** Thursday, January 06, 2005 5:45 PM

HARTER-RACHEL

**Cc:** PRYJMA-ANDREY

**Subject:** Steve Woodruff

Rachel,

Good News. I had another conversation with Steve Woodruff regarding his offer and I am happy to say that he has accepted. He did not question the salary/benefit issue. We confirmed a start date of February 28. As always, the letter will come to you prior to joing to the candidate.

Thanks,

Yvonne D. Johnson, PHR
Recruiter
UORC
155 E. 60th Street
Chicago, IL 60637
773-256-6255



DEF-067

Case 1:06-cv-00832-RJL   Document 21-3   Filed 01/30/2007   Page 5 of 6

# NORC

*A national organization for research*

*at the University of Chicago*

January 10, 2005

Stephen Woodruff
800 Westview Terrace
Alexandria, VA  22301

Dear Stephen:

This letter is to confirm the verbal offer extended to you for the position of Senior Statistician II, reporting to Rachel Harter, at our Washington office, located at 1350 Connecticut Avenue, NW, Washington DC 20036. This is a regular, full-time position which will begin on or about February 28, 2005. Please be aware this offer is contingent upon a satisfactory reference and background check, which all NORC employees undergo.

Your salary will be $108,000 annually, earned and paid at the biweekly rate of $4,153.85. You will be eligible for a salary review in December of 2005. Approved salary increases become effective in January. Your position is classified as Exempt with respect to the Fair Labor Standards Act. This means that you are not eligible for overtime pay for hours worked in excess of 40 in each week.

As a regular full-time employee, you are eligible for paid time off (PTO), which allows you time away from work for such activities as vacation, personal business, family responsibilities, and illness. You will accrue PTO at a rate of .10 hours for each hour of paid service (the annual equivalent of 26 days per year for a full time employee).

In addition, you are eligible to participate in NORC's employee benefits package, which will be explained to you during your orientation, to be scheduled soon. For your immediate reference, a summary of NORC's current benefits is enclosed. On your first day of work, it will be necessary for you to bring several documents, identified on the enclosed sheet.

While it is anticipated that your employment relationship with NORC will be productive and mutually beneficial, it is important for you to understand that all NORC employees are "at-will", which means that you or NORC may, for any reason or no reason, discontinue the employment relationship at any time.



EXHIBIT #9

Woodruff

11/28/06 SLM

PENGAD 800-631-6989

DEF-027

To formally accept this offer of employment, please sign below and return it to me by fax or regular mail at your earliest convenience. Please call me directly if you have any questions about our offer.

I look forward to working with you.

Sincerely,

Andrey M. Pryjma
Director, Human Resources
Phone: 773-256-6258
Fax: 773-256-6065

Enclosures

I understand and accept the terms of this offer of employment. I understand that this offer provides no guarantee of continued employment or a specific compensation level, nor does it constitute an employment contract, either expressed or implied.

_____           11 JAN 2005
Signature of Stephen Woodruff                     Date

offerlet.doc                                2

DEF-028