CONFIDENTIAL - FOR ATTORNEYS EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHEN WOODRUFF,            )
                             )         **ORIGINAL**
           Plaintiff,        )
                             )
      -vs-                   )   No. 1:06-CV-00832(RJL)
                             )
NATIONAL OPINION RESEARCH    )
CENTER,                      )
                             )
           Defendant.        )

      The Rule 30(b)(6) deposition of ANDREY PRYJMA, called by the Plaintiff, for examination, taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Tamara Manganiello, Registered Professional Reporter and Notary Public, at Suite 2400, 131 South Dearborn Street, Chicago, Illinois, on the 16th day of November, A.D., 2006, commencing at 4:50 p.m.

Page 51

1   it's inappropriate. You've designated this
2   witness to talk about the practices and
3   policies that relates to contracts of
4   employment and I'm asking him that question
5   right now. So go ahead and answer it. Could
6   you read back, please, the question?
7               (Whereupon, the requested
8               portion of the record
9               was read accordingly.)
10          MR. BURNS: Same objections.
11  BY THE WITNESS:
12          A.   It states, in part nor does it
13  constitute an employment contract either express or
14  implied.
15  BY MR. HANTZES:
16          Q.   And those words mean that, do they
17  not?
18          MR. BURNS: Objection, calls for a
19  legal conclusion.
20          MR. HANTZES: Okay. That's fine.
21  BY MR. HANTZES:
22          Q.   Go ahead and answer.
23          A.   I would imagine that it does.
24          Q.   Okay. And that's your understanding

Page 52

1  of what it means as a company representative; isn't
2  that correct?
3       A.   Yes.
4       Q.   That the letter is not a contract of
5  employment; isn't that correct?
6            MR. BURNS: Objection, asked and
7       answered. He just answered it, Nick.
8  BY MR. HANTZES:
9       Q.   Go ahead. Answer the question.
10      A.   Can you repeat the question?
11                    (Whereupon, the requested
12                    portion of the record
13                    was read accordingly.)
14 BY THE WITNESS:
15      A.   It states that, nor does it constitute
16 an employment contract either express or implied.
17 BY MR. HANTZES:
18      Q.   And that's your understanding of what
19 the document means; isn't that correct?
20           MR. BURNS: I'm going to object. This
21      is bordering on harassment. He's answered
22      that direct question directly with an answer.
23      We can go back. He answered it, Nick.
24           MR. HANTZES: Understanding of what

1                MR. BURNS:  Same objections.
2    BY THE WITNESS:
3         A.    It is my belief that this letter does
4    not constitute an employment contract.
5    BY MR. HANTZES:
6         Q.    Either express or implied?
7         A.    Either express or implied.
8         Q.    And that's your understanding of the
9    meaning of the letter, right?
10               MR. BURNS:  Objection, asked and
11         answered.  Come on, Nick, he just answered
12         it.
13               MR. HANTZES:  Okay.  That's fine.  I'm
14         done.
15               MR. BURNS:  The witness will still
16         read and sign.
17         AND FURTHER DEPONENT SAITH NAUGHT...
18
19
20
21
22
23
24