CONFIDENTIAL - FOR ATTORNEYS EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHEN WOODRUFF,  )
)
      Plaintiff,  )
)
-vs-  )   No. 1:06-CV-00832(RJL)
)
NATIONAL OPINION RESEARCH  )
CENTER,  )
)
      Defendant.  )

**ORIGINAL**

The Rule 30(b)(6) deposition of JOHN THOMPSON, called by the Plaintiff, for examination, taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Tamara Manganiello, Registered Professional Reporter and Notary Public, at Suite 2400, 131 South Dearborn Street, Chicago, Illinois, on the 16th day of November, A.D., 2006, commencing at 11:11 a.m.

CONFIDENTIAL - FOR ATTORNEYS EYES ONLY

Page 82

1 funding of 33? And the reason I say -- let me just
2 finish my thought process. The reason I say that is
3 because I'm reading B.1 (a) and (b) and then look at
4 (c), it says the total cost of the contract for full
5 performance -- well, go ahead and look at all those
6 and then I'll ask you the questions.
7                             (Witness peruses
8                             document.)
9 BY THE WITNESS:
10      A.      So there was some other funding
11 applied to the contract for the SLAITS project,
12 S-L-A-I-T-S. That was an option that was also
13 exercised under the contract.
14 BY MR. HANTZES:
15      Q.      All right. So as of December the
16 company actually had -- you hired Steve Woodruff in
17 January of '05 or February of '05; is that correct?
18      A.      Yes.
19      Q.      Okay. And as of December of '05 the
20 contract that was originally envisioned to be, at
21 most, worth $60 million for your company even if all
22 the options are exercised is now going to be worth
23 70 million, is that right, over 70 million?
24      A.      Assuming that all the options would be

1   exercised, yes.

2       Q.    Okay.  But also as of the date of
3   Mr. Woodruff's hiring in February of 2005 there was
4   $37 million in the initial contract?

5       A.    No.

6       Q.    No.  There was 37 million allotted to
7   the contract of which only 16 had been funded,
8   correct?

9       A.    No.

10      Q.    Okay.

11      A.    There was $37 million awarded,
12  potentially awarded for the contract of which
13  9 million had been funded.

14      Q.    Okay.  I thought that you said in your
15  own memo that 16 was funded?

16      A.    Can I look at my memo?

17      Q.    Of course.  You can look that.  Sure.
18  I'm only trying to get it right.

19                              (Witness peruses
20                               document.)

21  BY THE WITNESS:

22      A.    No.  It said that the budget was
23  16 million for Phase 1 and we had been funded for
24  9,058,876.

Page 84

1    BY MR. HANTZES:

2        Q.    Okay. And as of December of 2005
3    you'd been funded for -- you were now funded for
4    33,687,631?

5        A.    No. That's the contract value.

6        Q.    Okay. So now as of December 30, '05,
7    what was the amount that was now funded?

8        A.    I'm sorry. You are correct. That's
9    how much was funded under the contract because
10   they --

11       Q.    Right. It went from nine to 33.

12       A.    -- because they provided the Phase 2
13   funding.

14       Q.    Right. So now it had gone from --

15       A.    As of January -- not to split hairs.
16   But as of January 2005. We didn't sign the contract
17   mod until January.

18       Q.    Okay. In 2006, right?

19       A.    2006. Exactly.

20       Q.    Okay. So let me just get it straight
21   and clear on the record. So as of the time in
22   February of '05 when Mr. Woodruff was hired the
23   company had $9 million worth of work; is that
24   correct?

Page 85

1       A.      $9 million was funded.

2       Q.      Right. And as of December of 2005,
3   over 33 million was funded, as shown on Exhibit 7 at
4   DEF-467; is that correct?

5       A.      That's correct.

6       MR. BURNS: Nick, may I interrupt a
7   second? Any idea how long we were going to
8   go? We talked about a break for lunch and
9   for the court reporter. It's a little after
10  1:10.

11      MR. HANTZES: Well, I hope to finish
12  him by 1:30.

13      MR. BURNS: I'm fine with going. I
14  just wanted to get an estimate.

15      THE WITNESS: I'm fine.

16  BY MR. HANTZES:

17      Q.      The only thing is I wanted to ask you
18  about this. Are you aware of an answer to
19  interrogatory the defendant had supplied in this
20  case?

21      MR. HANTZES: Did we supply the
22  interrogatories? Are they in here?

23      MR. BURNS: No. They're not in
24  exhibits yet.

1   512 and 513 are initial budgets, whereas 514 is a
2   new budget; am I correct?
3       A.   Yes.
4       Q.   Okay. Had you ever shown them 512 and
5   513 previously in this format or some other?
6       A.   I can't recall what format we had
7   shown to them.
8       Q.   But you think you probably did or you
9   don't know?
10      A.   I just can't recall.
11      Q.   Okay. All right. So then 512, 513
12  are initial budgets. Then 514 is a new budget?
13      A.   Yes.
14      Q.   That you're proposing to them on
15  June 18th, 2005?
16      A.   Right.
17      Q.   Okay. So your new budget also
18  reflects that in the second phase FY 2006 you're
19  going to have an increase in the amount roughly
20  equivalent to what you're decreasing it in 2005,
21  right?
22      A.   In FY 2006 for Phase 1.
23      Q.   You've reduced it by 2 million and
24  you've just pushed it over to FY 2006; isn't that

1   correct?

2       A.  That's correct.

3       Q.  All right. So that the cut that
4   you're talking about wasn't permanent, it was just
5   deferred that you're talking about in the answer to
6   the interrogatory; isn't that correct?

7       A.  I didn't have $2 million at that point
8   in time. I had just lost $2 million I was planning
9   to spend for fiscal year 2005 which covered paying
10  staff, paying interviewers and I didn't have it. So
11  I did not have $2 million. And I had to take
12  corrective actions because of that, which included
13  releasing interviewers that were doing interviewing
14  and moving people off the project, shutting down
15  work. And those people had to go somewhere. And
16  so, as a company, we had to make layoffs taking this
17  into account and the Qatar project.

18          It doesn't matter if I expect to
19  get money four months down the road. The fact of
20  matter is I don't have money now and I can't pay
21  people and so we had to take action. And we did.
22  And, basically, that's how the layoffs came about.

23      Q.  Let me ask you do you know if anybody
24  ever told Mr. Woodruff about the Qatar contract or

CONFIDENTIAL - FOR ATTORNEYS EYES ONLY

Page 122

1         MR. BURNS: Do you want that?

2         MR. HANTZES: Yes. Because I want the

3 number to compare to this (indicating), that

4 compares to 514, the number on 514.

5 BY MR. HANTZES:

6     Q.    Do you know if you were above or below

7 this number on -- let's get the record clear -- on

8 514, the total number?

9     A.    Well, it turns out that we were above

10 that number.

11     Q.    By $800,000 that you told me before?

12     A.    No, not by 800,000. We were above

13 that number for some small amount because, as I

14 said, they told us they wanted to try to start the

15 project back up and so in September we took some

16 modest actions to start the project up because they

17 gave us --

18     Q.    Okay.

19     A.    So there would have been some modest

20 amount in the actuals that would have been over.

21     Q.    Okay. Is SLAITS something Woodruff

22 could have done, was qualified to do at the time

23 that you interviewed him and you thought he was

24 qualified to do?

Page 123

1    A.    The SLAITS project and the NIS project
2 required similar skills. So if an individual could
3 work on the NIS project, they could work on the
4 SLAITS project.
5    Q.    And when you interviewed Woodruff, you
6 thought he could work on it but you didn't have him
7 envisioned to work on it? You thought he was
8 qualified --
9    A.    I didn't interview Mr. Woodruff.
10    Q.    Okay. Did you think based on the --
11 so you don't know if he was qualified to work on it,
12 the NIS?
13    A.    I didn't make the assessment on what
14 Mr. Woodruff should work on.
15    Q.    Okay. Let's turn to this Exhibit 20.
16    THE WITNESS: Which exhibit was that,
17    again?
18    MR. BURNS: Exhibit 20 was the e-mail?
19    MR. HANTZES: This one here
20    (indicating).
21    (Brief pause.)
22 BY MR. HANTZES:
23    Q.    Okay. Did you find 20?
24    A.    Yes.