CONFIDENTIAL - FOR ATTORNEYS EYES ONLY

Page 1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEPHEN WOODRUFF,          )
                           )
        Plaintiff,         )
                           )
    -vs-                   )    No.  1:06-CV-00832(RJL)
                           )
NATIONAL OPINION RESEARCH  )
CENTER,                    )
                           )
        Defendant.         )

**ORIGINAL**

The Rule 30(b)(6) deposition of CRAIG COELEN, called by the Plaintiff, for examination, taken pursuant to notice and pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Tamara Manganiello, Registered Professional Reporter and Notary Public, at Suite 2400, 131 South Dearborn Street, Chicago, Illinois, on the 16th day of November, A.D., 2006, commencing at 3:00 p.m.

Page 51

1   A.   I'm talking about a proposal that we
2   submitted to the Qataris back in late November or
3   early December of 2004.  It's not in these exhibits.
4   Q.   It exists?  Does it still exist?
5   A.   It exists.
6   MR. HANTZES:  Can you produce that
7   document?
8   MR. BURNS:  Can we get it?
9   THE WITNESS:  Yes.
10  MR. BURNS:  We'll get you a copy.
11  BY MR. HANTZES:
12  Q.   Because I asked another question about
13  that because so far all I have is that one piece of
14  paper and that would substantiate your budget, is
15  that what it would do?
16  A.   I'm sorry.  I don't understand the
17  question.
18  Q.   Well, that's fine.  If you produced
19  that document, that's fine?
20  A.   Okay.
21  Q.   That answers my question. So you
22  didn't terminate anybody between December '04 --
23  early December '04 and March 2nd, 2005, from the
24  Qatar project, isn't that correct, other than if

1  there was an employee who just, you know, you had
2  malfeasance with?
3       A.     There were no employees terminated
4  between December of '04 and early March of '05 as a
5  result of our believing the work in Qatar was going
6  to be cut way back because we didn't believe that
7  until the very beginning of March of '05.
8       Q.     All right.  Now, do you know if
9  Mr. Woodruff was ever told about the existence of
10 the Qatar contract at any time?
11      A.     I don't know.
12      Q.     Okay.  Thank you.  Did you terminate
13 any people after March 3rd of 2005 on the Qatar
14 contract?
15      A.     Let me see if I have the question
16 right.  Did we terminate any people --
17      Q.     Well, let me narrow the question
18 because you're very precise.  Did you terminate
19 anybody from March of 2005 through the end of
20 December 2005 from the Qatar project that were
21 professionals, not administrative staff, but
22 somebody who was, let's say, a statistician?
23      A.     In mid May -- I have to check.
24 Document 26, Page 399, the next to the last