UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 30 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STEVEN WOODRUFF, )
)
    Plaintiff, )
)
v. )
) Civ. Action No. 06cv832 (RJL)
NATIONAL OPINION RESEARCH )
CENTER, )
)
    Defendant. )

**ORDER**
(August 28, 2007)[#19]

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 28th day of August 2007, hereby

**ORDERED** that [#16] defendant's motion for summary judgment is GRANTED as to Count I and III and DENIED as to Counts II and IV.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge