## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN WOODRUFF )<br>)<br>      Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL OPINION RESEARCH )<br>CENTER )<br>)<br>      Defendant. )<br>_____) | Case No. 1:06-CV-00832 (RJL) |

### JOINT REQUEST FOR MEDIATION AND
### POSTPONEMENT OF THE STATUS CONFERENCE

Plaintiff Stephen Woodruff and Defendant National Opinion Research Center, through their undersigned counsel hereby, jointly request that this case be referred to a Magistrate Judge of this Court for mediation. Additionally, a status conference in this case is scheduled for November 5, 2007. In light of the request for mediation, the parties also jointly request that the status conference be postponed for a period of thirty days or as the Court otherwise deems appropriate.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| STEPHEN WOODRUFF | NATIONAL OPINION RESEARCH CENTER |
| By:   /s/ Nicholas Hantzes<br>Nicholas Hantzes, Esq. # 361450<br>1749 Old Meadow Road, Suite 308<br>McLean, Virginia 22102<br>703-378-5000<br>703-448-4434 (facsimile) | By:   /s/ David M. Burns<br>David M. Burns, Esq. # 466167<br>Noah A. Finkel, Esq. (admitted *pro hac vice*)<br>Seyfarth Shaw LLP<br>815 Connecticut Avenue, N.W., Suite 500<br>Washington, DC 20006-4004<br>(202) 463-2400<br>(202) 828-5393 (fax) |
| Counsel for Plaintiff | Counsel for Defendant |
| Dated: October 15, 2007 | Dated: October 15, 2007 |

DC1 30210013.2