# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN WOODRUFF ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No. 1:06-CV-00832 (RJL) |
| ) | |
| NATIONAL OPINION RESEARCH ) | |
| CENTER ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

Upon consideration of the parties' Joint Request For Mediation And Postponement Of The Status Conference, the Court hereby refers this case to mediation before Magistrate Judge _____.

The Status Conference scheduled for November 5, 2007, shall be reset for _____.

SO ORDERED.

_____                              _____
Date                                                                            Richard J. Leon
                                                                                        United States District Court Judge

Copies to:

Nicholas Hantzes
nhantzes@hantzeslaw.com

David M. Burns
dburns@seyfarth.com