UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN WOODRUFF,<br><br>　　　　Plaintiff,<br>　v.<br><br>NATIONAL OPINION RESEARCH CENTER,<br><br>　　　　Defendant. | Civil Action No. 06-832 (RJL/AK) |

**ORDER**

The above-captioned case was referred to the undersigned by the Honorable Richard J. Leon for the purpose of facilitating a settlement. Accordingly, it is by the Court this 30th day of October, 2007, hereby

**ORDERED :**

1.　The lead attorney(s) for the parties shall appear before the undersigned, in chambers [ROOM 2333] on November 29, 2007 at 3:30 p.m. The parties should attend the mediation, be available by telephone, or delegate settlement authority to counsel.

2.　The parties may submit confidential settlement statements in advance of the mediation but such statements are Not Required, and in most cases, they are unnecessary.

3.　If any attorney or party is unavailable on the date and at the time set forth above, the attorney shall notify the other attorney(s) in the cases as soon as possible to

   arrange a telephone conference call with chambers to select an alternative date and time.

4. If the settlement conference must be rescheduled, the undersigned will require the attorney with the scheduling conflict to confirm the new date and time in a letter to the other attorneys and the Court.

               _____/s/_____
               ALAN KAY
               UNITED STATES MAGISTRATE JUDGE