ATTACHMENT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN WOODRUFF )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL OPINION RESEARCH )<br>CENTER )<br>)<br>Defendant. )<br>_____ ) | Case No. 1:06-CV-00832 (RJL) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff Stephen Woodruff and Defendant National Opinion Research Center, by their undersigned counsel, stipulate to dismiss, on the merits and with prejudice, the above-captioned action pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Respectfully submitted,

STEPHEN WOODRUFF

By: _____
Nicholas Hantzes, Esq. # 361450
1749 Old Meadow Road, Suite 308
McLean, Virginia 22102
703-378-5000
703-448-4434 (facsimile)

Counsel for Plaintiff

Dated: 12/21/07, 2007

Respectfully submitted,

NATIONAL OPINION RESEARCH CENTER

By: _____
David M. Burns, Esq. # 466167
Noah A. Finkel, Esq. (admitted *pro hac vice*)
Seyfarth Shaw LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC 20006-4004
(202) 463-2400
(202) 828-5393 (fax)

Counsel for Defendant

Dated: January 2, 2008